AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**BANK OF AMERICA
SAFE DEPOSIT BOX NUMBER 22-9
LOCATED AT BANK OF AMERICA
4201 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C.**

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I      James Markovich      being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation currently assigned to Health Care Fraud Unit in the
                  (Official Title)
Washington DC Field Office  and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
Bank of America Safe Deposit Box Number 22-9, Located at Bank of America, 4201 Connecticut Avenue, N.W., Washington, D.C., including any locked or padlocked rooms within. (as further described in the affidavit of Special Agent Markovich, which is attached hereto and incorporated fully by reference herein)

in the District of Columbia, there is now concealed a certain person or property, namely evidence of bankruptcy fraud as further described in the affidavit of Special Agent Markovich which is attached hereto and incorporated fully by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title  **18**  United States Code, Section(s) **§ 152**. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

Thomas E. Zeno
Fraud and Public Corruption
(202) 514-6957

Signature of Affiant
James Markovich, Special Agent
Federal Bureau of Investigation
currently Assigned to the Health Care Fraud Unit

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer