**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA SEARCH WARRANT**

**FOR BANK OF AMERICA SAFE DEPOSIT BOX NUMBER 22-9, LOCATED AT BANK OF AMERICA, 4201 CONNECTICUT AVENUE, N.W., WASHINGTON, D.C.**

**Your Affiant, Special Agent James Markovich, is currently a sworn agent with the Federal Bureau of Investigation and has been so since February 2004. Your Affiant is currently assigned to the Health Care Fraud Unit in the Washington, D.C. Field Office. Your affiant has taken coursework in health care fraud, and received general training on fraud while at the FBI academy in Quantico, VA.**

**The information contained within this affidavit is based on personal knowledge, information provided to your affiant by sworn officers, information obtained from public records, and other sources as indicated herein.**

**Your affiant has been assigned to an investigation of suspected health care fraud by Ricardo Henry since 2004. On March 28, 2006 a United States of America District Court Federal Grand Jury for the District of Columbia returned a sixty two count indictment charging Ricardo Francisco Henry with Health Care Fraud in violation of Title 18 U.S.C. § 1347 and Title 18 U.S.C. § 1035. Based on this Federal indictment Magistrate Judge John Facciola of the United States of America District Court for the District of Columbia issued an un-numbered United States of America Federal Arrest Warrant, authorizing the arrest of Ricardo Francisco Henry. On March 29, 2006 your affiant, accompanied by members of the Federal Bureau of Investigation and the Metropolitan Police Department, went to 6101 16th Street North West Washington, D.C. Apt. 609 the known residence of Ricardo Francisco Henry. Ricardo Henry was present at that location and was arrested pursuant to the arrest warrant.**

**On March 28, 2006, your affiant interviewed the property manager of 6101 16th Street North West Washington, D.C. in reference to Ricardo Francisco Henry affiliation with 6101 16th Street North West Washington, D.C. The property manager informed S/A Markovich that a Ricardo Francisco Henry currently leases apartment 609 of 6101 16th Street N.W. Washington, D.C. S/A Markovich showed this property manager a photograph of Ricardo Henry, and the identified the person in the photo as Ricardo Henry the lessee of apartment 609.**

**On March 29, 2004, Magistrate Judge John Facciola of the United States of America District Court for the District of Columbia issued an un-numbered United States of America Search Warrant relating to the above-mentioned residence, finding that probable cause existed that evidence of bankruptcy fraud and firearms offenses would be present in the apartment of Ricardo Henry. Your affiant has determined**

that Ricardo Henry filed a bankruptcy petition in United States District Court for the District of Columbia on August 18, 2005. Attached to that petition, Ricardo Henry listed his personal property on Schedule B, which directs the petitioner to list "all personal property of the debtor of whatever kind." Under "automobiles," Ricardo Henry listed a 1999 Chevrolet Tracker, and assessed its value at $5,000. Even though he purchased a 2001 Porsche 911 Carrera on November 30, 2000, Ricardo Henry did not list that Porsche on Schedule B, or anywhere else in his bankruptcy petition. On January 24, 2006, Ricardo Henry received an order from the bankruptcy court discharging him of over $80,000 of credit card debt. On March 10, 2006, the bankruptcy case was closed. At the time of his arrest on March 29, 2006, Ricardo Henry was in possession of the 2001 Porsche Carrera, which was parked in his parking space at 6101 16th Street North West Washington D.C. The keys to the Porsche were in his apartment. Also, a W.A.L.E.S. check showed the license plate number CJ6543 registered to Ricardo Henry, and the VIN number associated with that license plate number matched the VIN number for the above-mentioned Porsche.

Your affiant assisted in the execution of the above-mentioned search warrant on March 29, 2006. A key to safe deposit box was found in a black briefcase in the apartment. Also, your affiant examined the contents of a safe that was contained in the above-mentioned residence. Inside the safe was $9,000 in cash, even though his bankruptcy petition stated that he was in possession of only $20 in cash. Six firearms were also found in Ricardo Henry's apartment, even though he stated that he did not possess any firearms in his bankruptcy petition. Your affiant along with other law enforcement personnel have determined that the safe deposit key in the briefcase is matched to a safe deposit box number 22-9 maintained by and located in Bank of America, 4201 Connecticut Ave., N.W., Washington, D.C. Your affiant is further aware that Ricardo Henry has been assigned that safe deposit box since at least March 21, 2003.

Your affiant is further aware that in his bankruptcy petition filed on August 18, 2005, Ricardo Henry also filed a "Statement of Financial Affairs," which he signed under the penalty of perjury, declaring that his answers contained in that document were true and correct. Question 12 on that document is specifically titled "Safe Deposit Boxes," and it directs the petitioner to "list each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding commencement of this case." Ricardo Henry checked "None" in response to this question.

**Your affiant believes there is probable cause that evidence relating to bankruptcy fraud will be found inside the safe deposit box.**



**James Markovich**

**Federal Bureau of Investigation**
**Health Care Fraud Squad (CR19)**


**Sworn and subscribe before me this_____day of March 2006.**



**-------------------------------------------------    United States Magistrate Judge**
**District of Columbia**