# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**BANK OF AMERICA
SAFE DEPOSIT BOX NUMBER 22-9
LOCATED AT BANK OF AMERICA
4201 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC**

### SEARCH WARRANT

CASE NUMBER: 06 - 152 - M - 01

TO: **James Markovich**   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent with the Federal Bureau of Investigation, currently assigned to the Health Care Fraud Unit in the Washington, D.C. Field Office_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Bank of America Safe Deposit Box Number 22-9, Located at Bank of America, 4201 Connecticut Avenue, N.W. Washington, DC, including any locked or padlocked rooms within, (as further described in the affidavit of Special Agent Markovich, which is attached hereto and incorporated fully by reference herein)

in the District of Columbia, there is now concealed a certain person or property, namely bankruptcy fraud as further described in the affidavit of Special Agent Markovich which is attached hereto and incorporated fully by reference herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _April 10, 2006_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 30 2006                                 at Washington, D.C.

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/30/06 | 3/30/06  1325 | I/S Safe Deposit Box 22-9 |

INVENTORY MADE IN THE PRESENCE OF
S/A Jim Markovich, Det-Sam Woodson

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No Property Taken
JJM 3/30/06

FILED
MAR 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

Subscribed, sworn to, and returned before me this date.

[signature] John M. Facciola                    03/31/06
U.S. Judge or U.S. Magistrate Judge              Date